Michael D. Adams (State Bar No. 185835)
madams@rutan.com
Brian C. Berggren (State Bar No. 279279)
bberggren@rutan.com
Danielle Serbin (State Bar No. 294369)
dserbin@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Defendant
SAMSUNG ELECTRONICA AMERICA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PAUL KERKORIAN, an individual, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., a New Jersey corporation, and DOES 1 through 25, inclusive,<br><br>Defendant. | Case No. 1:18-cv-00870-DAD-SKO<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>(Doc. 11) |

This Joint Stipulation to Extend Time to Respond to First Amended Complaint is entered into by and between, on the one hand, Plaintiff Paul Kerkorian ("Plaintiff"), and, on the other hand, Defendant Samsung Electronics America, Inc. ("Defendant").

## **RECITALS**

WHEREAS, Plaintiff filed his Complaint on June 22, 2018 (Dkt. No. 2);

WHEREAS, Plaintiff filed his First Amended Complaint ("FAC") on July 3,

Rutan & Tucker, LLP
attorneys at law

2861/099999-0084
12664071.1 a08/02/18

-1-
JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST
AMENDED COMPLAINT

2018 (Dkt. No. 8);

WHEREAS, Plaintiff personally served the FAC on Samsung on July 10, 2018 (*See* Dkt. No. 9);

WHEREAS, pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure, Defendant's time to answer or otherwise respond to the FAC is presently July 31, 2018;

WHEREAS, Defendant has requested and Plaintiff has consented to an additional 28 days for Defendant to answer or otherwise respond to the FAC;

WHEREAS, an additional 28 days for Defendant to answer or otherwise respond to the FAC will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, Defendant has not previously requested any extension of time in this case;

## **STIPULATION**

BASED UPON THE FOREGOING, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

The deadline for Defendant to answer or otherwise respond to the First Amended Complaint in this matter shall be extended by twenty-eight (28) days, from July 31, 2018 to August 28, 2018.

Dated: August 2, 2018

RUTAN & TUCKER, LLP
MICHAEL D. ADAMS
BRIAN C. BERGGREN
DANIELLE SERBIN

By: /s/ *Michael Adams*
Michael D. Adams
Attorneys for Defendant
SAMSUNG ELECTRONICA
AMERICA, INC.

2861/099999-0084
12664071.1 a08/02/18

| | | |
|---|---|---|
| Dated: August 2, 2018 | | WEBB LAW GROUP, APC<br>LENDEN F. WEBB<br>CHRISTOPHER E. NICHOLS |
| | | By: /s/ *Christopher E. Nichols*<br>Christopher E. Nichols<br>Attorneys for Plaintiff<br>PAUL KERKORIAN |

## **ORDER**

Upon consideration of the parties' Joint Stipulation to Extend Time to Respond to First Amended Complaint (Doc. 11), and pursuant Local Rule 144(a), Defendant Samsung Electronics America, Inc. is HEREBY GRANTED an extension of time of an additional twenty-eight (28) days, up to and including August 28, 2018, to respond to the First Amended Complaint in this action.

IT IS SO ORDERED.

Dated: **August 2, 2018**          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE