Michael D. Adams (State Bar No. 185835)
madams@rutan.com
Danielle Serbin (State Bar No. 294369)
dserbin@rutan.com
Lucas Hori (SBN 294373)
lhori@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Defendant
SAMSUNG ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PAUL KERKORIAN, an individual, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., a New Jersey corporation, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 1:18-cv-00870-DAD-SKO<br><br>**JOINT STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>(Doc. 23) |

This Joint Stipulation to Continue Date of Scheduling Conference from July 11, 2019 to July 25, 2019 is entered into by and between, on the one hand, Plaintiff Paul Kerkorian ("Plaintiff"), and, on the other hand, Defendant Samsung Electronics America, Inc. ("Defendant").

## **RECITALS**

WHEREAS, the Scheduling Conference in this matter is presently set for July

11, 2019;

WHEREAS, counsel for Defendant will be out of town on vacation on July 11, 2019;

WHEREAS, in light of counsel's scheduling conflict, counsel for Plaintiff and counsel for Defendant have agreed to a short, two-week continuance of the scheduling conference;

WHEREAS, continuing the Scheduling Conference to July 25, 2019 will not alter any of the other deadlines in this matter; and

WHEREAS, good cause supports a continuance of the Scheduling Conference to accommodate the parties' schedules.

## **STIPULATION**

BASED UPON THE FOREGOING, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

The date of the Scheduling Conference is continued from July 11, 2019 to July 25, 2019.

Dated: April 19, 2019               RUTAN & TUCKER, LLP
                                    MICHAEL D. ADAMS
                                    DANIELLE SERBIN
                                    LUCAS HORI

                                    By: /s/ *Danielle Serbin*
                                    Danielle Serbin
                                    Attorneys for Defendant
                                    SAMSUNG ELECTRONICA
                                    AMERICA, INC.

Dated: April 19, 2019               WEBB LAW GROUP, APC
                                    LENDEN F. WEBB
                                    CHRISTOPHER E. NICHOLS

                                    By: /s/ *Christopher E. Nichols*
                                    Christopher E. Nichols
                                    Attorneys for Plaintiff
                                    PAUL KERKORIAN

**<u>ORDER</u>**

Upon consideration of the parties' above "Joint Stipulation to Continue Date of Scheduling Conference" (Doc. 23), and good cause appearing,

**The Court hereby CONTINUES the Mandatory Scheduling Conference, currently set for July 11, 2019, to July 30, 2019, at 9:30 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto**. Parties may appear telephonically. A Joint Scheduling Report SHALL be electronically filed in CM/ECF one (1) full week prior to the Mandatory Scheduling Conference, and SHALL be e-mailed, in Word format, to skoorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated: **April 19, 2019**         /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE